W. C. THOMPSON, ESQUIRE, ADMINISTRATOR AD LITEM OF THE
ESTATE OF T. R. HENDERSON, DECEASED, HERBERT A.
HENDERSON AND MAE HENDERSON, HIS WIFE, ETHEL
THOMPSON AND J. C. THOMPSON, HER HUSBAND, CORA
LEE HENDERSON, MAX M. BROWN, ESQUIRE, AS GUARDIAN
AD LITEM FOR VINSON HENDERSON, JAMES HENDERSON,
JULIA MAE HENDERSON AND MARION HENDERSON, MINOR
CHILDREN OF T. R. HENDERSON, DECEASED, *Appellants*,
v. W. M. MASON, JR., *Appellee.*

En Banc.

Decision Filed June 24, 1925.

An Appeal from the Circuit Court for Baker County; A.
V. Long, Judge.

*Dopson & Brown* and *J. B. Hodges*, for Appellants;

*Herbert Lamson*, for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, TERRELL AND STRUM, J. J.,
concur.